IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| GEORGE MANLY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:15-cv-02263-AKK-TMP |
| | ) |
| SCOTT HASSELL, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On February 19, 2016, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. To date, no objections have been filed by either party. Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be **DISMISSED as MOOT**. An order of final judgment will be entered contemporaneously herewith.

**DONE** the 11th day of March, 2016.

                                                _____
                                                  **ABDUL K. KALLON**
                                            UNITED STATES DISTRICT JUDGE